845 F.2d 1009
 Bailey (Richard, Marie)
v.
United Air Lines, Inc., Gilstrap (Rod), Catlett (George,
Dr.), Mahoney (Joe), Goldstein (Bob), Keller (Dick),
Scarlett (Jack), Smith (George), Air Line Pilots
Association, International, May (Philip, Dr.), Little Hill
Foundation, d/b/a Little Hill-Alina Lodge, Delaney
(Geraldine O.), Doe (John)
 NO. 86-5878
 United States Court of Appeals,
Third Circuit.
 APR 06, 1988
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED IN PART AND VACATED AND REMANDED IN PART.